# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## _____ DIVISION

## CIVIL COMPLAINT

Gregory Clark Rollins )
_____ )
_____ )
Enter above the full name of Plaintiff or Plaintiffs in this action )
)  07-0818-CV-W-SWH
VS. ) CASE NO. _____
)
Sun Loan Company )
_____ )
_____ )
_____ )
Enter above the full name of Defendant or Defendants in this action )

### I. Parties to this Civil Action

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on back side of this sheet.)

A. Name of Plaintiff  Gregory C Rollins

    Address  3304 Wabash
                KC MO 64128

B. Name of Defendant(s) - Sun Loan Company

### II. Statement of Claim

(State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of **related** claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] **Unrelated** separate claims should be raised in separate civil actions.)

I Filed A Chapter #13 Against Sun Loan

Company and they refused to fix claim but left it on my credit report I owed them money after several attempts to collect this they have not. I have been turned down for credit because of this

III. **Relief**

State briefly exactly what you want the Court to do for you.

Award me $10,000 in damages

Make no legal arguments. Cite no cases or statutes.

IV. **Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?**

Yes ☑   No ☐

V. **Do you claim actual or punitive monetary damages for the acts alleged in your complaint?**

Yes ☑   No ☐

If you answered yes, state the amounts claimed and the **reasons** you claim you are entitled to recover money damages

$10,000 Amounts they have cost me

VI. **Counsel**

Do you have an attorney to represent you in this civil action?

Yes ☐   No ☑

A. Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

Yes ☐   No ☑

B. If you answered yes, state the names and addresses of the attorneys contacted, and give the results of those efforts.

C. If you answered no, state your reasons why no such efforts have been made.

I didn't find an attorney in the yellow pages who handled this.

## VII. Administrative Procedures

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

Yes ☐   No ☑

B. If you answered yes, state the date your claims were presented, how they were presented, and the result of that procedure.

Don't know where to file.

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures.

Signed this 29th day of Oct, 20 07

_Gregory C Kollar_
Signature of Plaintiff or Plaintiffs